**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiff and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| STEPHANIE ABERL, on behalf of herself and all others similarly situated, Plaintiff, vs. ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin limited liability company, and DOES 1- 50, inclusive, Defendants. | Case No.: **'22CV505 JLS NLS**<br><br>**TABLE OF CONTENTS OF EXHIBITS** |
|---|---|

| Exhibit No. | Description | Pages |
|---|---|---|
| A | Product entitled "Caladeron Sofa" from Defendant's e-commerce website on August 26, 2021 | 26-27 |
| B | Sample of the items tracked | 28-37 |