# EXHIBIT A

**Sofas & Couches**

1 - 16 of 212 products

Living Room Furniture

**Sofas & Couches**

Loveseats

Sleeper Sofas

Sectionals

Reclining Furniture

Recliners

Futons

View all Living Room Furniture     ...

View all departments     ...

Size

Price

Average Rating

Color

Reclining Type

Upholstery Features

Caladeron Sofa

EVENT FEATURED

★★★★⯪

~~$749.99~~
$449.99

or $38/mo suggested payments w/
12 mos special financing
Learn How

No-Hassle Delivery + Assembly
Or Doorstep Delivery

Bladen Sofa

EVENT FEATURED

★★★★⯪

~~$499.99~~
$399.99

or $34/mo suggested payments w/
12 mos special financing
Learn How

No-Hassle Delivery + Assembly
Or Doorstep Delivery

Ex. A
27