# EXHIBIT B

| Sample Data | Ashley Furniture | Items on Sale >100 days as of 1/06/22 |

| ListPrice | SalePrice | Name |
|---|---|---|
| 1399.99 | 1010.99 | Paradise Trail Outdoor Sofa with Cushion |
| 1299.99 | 1104.99 | Paradise Trail Outdoor Loveseat with Cushion |
| 1499.99 | 1019.99 | Paradise Trail Outdoor Fire Pit Table |
| 1499.99 | 1011.99 | Paradise Trail Outdoor Bar Table with Fire Pit |
| 599.99 | 371.99 | Easy Isle Outdoor Multi-Use Table |
| 399.99 | 236.99 | Easy Isle Outdoor Lounge Chair with Cushion |
| 144.99 | 119.99 | Single Drawer Monarch Hill Hawken Nightstand |
| 279.99 | 134.99 | Simmons Kids Silent Auto Gliding Deluxe Bassinet |
| 239.99 | 106.99 | Simmons Kids Oval City Sleeper Bassinet |
| 349.99 | 141.99 | Simmons Kids City Sleeper Bassinet |
| 79.99 | 38.99 | My Baby Sam Olivia Rose Hamper |
| 79.99 | 38.99 | My Baby Sam Little Black Bear Hamper |
| 79.99 | 34.99 | My Baby Sam Imagine Hamper |
| 99.99 | 41.99 | My Baby Sam Heart of Gold Crib Mobile |
| 79.99 | 38.99 | My Baby Sam Gypsy Baby Hamper |
| 79.99 | 36.99 | My Baby Sam Desert Sky Hamper |
| 99.99 | 41.99 | My Baby Sam Animal Parade Crib Mobile |
| 504.99 | 219.99 | Little Seeds Sierra Ridge Mesa Twin Bed with Storage |
| 204.99 | 119.99 | Little Seeds Sierra Ridge Levi Twin Headboard |
| 569.99 | 228.99 | Little Seeds Sierra Ridge Levi Twin Bed with Storage |
| 334.99 | 148.99 | Little Seeds Sierra Ridge Levi Single Pedestal Kids Desk |
| 164.99 | 101.99 | Little Seeds Sierra Ridge Levi Kids Nightstand |
| 344.99 | 168.99 | Little Seeds Sierra Ridge Levi Kids 3 Drawer Dresser |
| 379.99 | 167.99 | Little Seeds Sierra Ridge Ashton Changing Table for Nursery |
| 434.99 | 150.99 | Little Seeds Piper Metal Changing Table |

| | | |
|---|---|---|
| 514.99 | 280.99 | Little Seeds Monarch Hill Ivy Metal Baby Crib |
| 794.99 | 427.99 | Little Seeds Monarch Hill Haven Metal Canopy Crib |
| 549.99 | 282.99 | Little Seeds Monarch Hill Hadley Convertible Crib |
| 504.99 | 282.99 | Little Seeds Monarch Hill Dahlia Nursery Rocker Chair |
| 1399.99 | 1000.99 | Grasson Lane Outdoor Sofa with Cushion |
| 299.99 | 175.99 | Grasson Lane Outdoor Ottoman with Cushion |
| 1299.99 | 1130.49 | Grasson Lane Outdoor Loveseat with Cushion |
| 699.99 | 499.99 | Grasson Lane Outdoor Lounge Chair with Cushion |
| 269.99 | 194.99 | Grasson Lane Outdoor End Table |
| 499.99 | 372.99 | Grasson Lane Outdoor Coffee Table |
| 599.99 | 449.99 | Grasson Lane Outdoor Chaise Lounge with Cushion |
| 239.99 | 115.99 | Delta Children Simmons Kids Oval City Sleeper Bassinet |
| 639.99 | 417.99 | Delta Children Simmons Kids Emma Convertible Crib N More |
| 459.99 | 196.99 | Delta Children Simmons Kids By The Bed Twin City Sleeper |
| 349.99 | 159.99 | Delta Children Serta Icomfort Auto Glide Bassinet |
| 869.99 | 444.99 | Delta Children Saint 4-in-1 Convertible Crib |
| 629.99 | 340.99 | Delta Children Saint 4 Drawer Dresser With Changing Top |
| 874.99 | 495.99 | Delta Children Madeline 4-in-1 Convertible Crib |
| 749.99 | 429.99 | Delta Children Madeline 4 Drawer Dresser With Changing Top |
| 649.99 | 219.99 | Delta Children Hendrix 4-in-1 Convertible Crib |
| 919.99 | 399.99 | Delta Children Ella Rocker |
| 149.99 | 72.99 | Delta Children Ella Ottoman |
| 629.99 | 369.99 | Delta Children Abby Convertible Baby Crib N Changer |
| 734.99 | 398.99 | Davinci Olive Glider and Ottoman |
| 839.99 | 346.99 | Davinci Kalani 6 Drawer Double Wide Dresser |
| 799.99 | 356.99 | Davinci Jayden 6 Drawer Double Wide Dresser |
| 509.99 | 254.99 | Davinci Jayden 3-Drawer Changer Dresser |
| 799.99 | 328.99 | Davinci Fiona 4-in-1 Convertible Crib |

| | | |
|---|---|---|
| 799.99 | 347.99 | Davinci Fairway 6 Drawer Double Dresser |
| 504.99 | 248.99 | Davinci Carter's by Davinci Colby 4-in-1 Convertible Crib with Trundle Drawer |
| 539.99 | 238.99 | Davinci Autumn 4 Drawer Dresser |
| 464.99 | 268.99 | DHP Woodgrain Finish Monarch Hill Poppy 6 Drawer Dresser |
| 464.99 | 262.99 | DHP Monarch Hill Poppy 6 Drawer Dresser |
| 599.99 | 248.99 | Carter's by Davinci Nolan 4-in-1 Convertible Crib |
| 519.99 | 298.99 | Carter's by Davinci Morgan 6-Drawer Double Dresser |
| 399.99 | 209.99 | Carter's by Davinci Morgan 4-in-1 Convertible Crib |
| 759.99 | 378.99 | Carter's by Davinci Dakota 4-in-1 Crib and Changer Combo |
| 579.99 | 248.99 | Carter's by Davinci Dakota 4-in-1 Convertible Crib |
| 159.99 | 108.99 | Carter's by Davinci Colby Changing Table |
| 519.99 | 298.99 | Carter's by Davinci Colby 6-Drawer Double Dresser |
| 304.99 | 187.99 | Carter's by Davinci Colby 4-in-1 Low Profile Convertible Crib |
| 699.99 | 503.99 | Beachcroft Outdoor Swivel Lounge Chair |
| 1399.99 | 1010.99 | Beachcroft Outdoor Sofa with Cushion |
| 1599.99 | 1089.99 | Beachcroft Outdoor Left-Arm Facing Loveseat/Right-Arm Facing Loveseat |
| 1399.99 | 1031.99 | Beachcroft Outdoor Fire Pit Table |
| 499.99 | 266.99 | Beachcroft Outdoor End Table |
| 1499.99 | 1023.99 | Beachcroft Outdoor Dining Table with Umbrella Option |
| 1200 | 1000 | Beachcroft Outdoor Curved Corner Chair with Cushion |
| 599.99 | 290.99 | Beachcroft Outdoor Bench with Cushion |
| 600 | 374.99 | Beachcroft Outdoor Armless Chair with Cushion |
| 900 | 469.99 | Beachcroft Outdoor Arm Chair with Cushion (Set of 2) |
| 499.99 | 263.99 | Baby Relax Mydland 3-in-1 Convertible Crib |
| 629.99 | 329.99 | Baby Relax Miles 5-in-1 Convertible Crib |
| 579.99 | 316.99 | Baby Relax Miles 2-in-1 Convertible Crib |
| 679.99 | 408.99 | Baby Relax Mikayla Nursery Swivel Glider Recliner Chair |
| 304.99 | 168.99 | 3 Drawer Rowan Valley Lark Urban Dresser |

| | | |
|---|---|---|
| 314.99 | 173.99 | 3 Drawer Monarch Hill Hawken Dresser |
| 700 | 479.99 | Beachcroft Outdoor Side Chair with Cushion (Set of 2) |
| 669.99 | 329.99 | Delta Children Poppy 3 Drawer Dresser With Cubbies |
| 379.99 | 212.99 | Davinci Kalani 3 Drawer Dresser |
| 344.99 | 210.99 | Carter's by Davinci Morgan 3 Drawer Dresser |
| 354.99 | 210.99 | Carter's by Davinci Colby 3 Drawer Dresser |
| 1099.99 | 499.99 | Million Dollar Baby Classic Tanner 3-in-1 Convertible Crib |
| 899.99 | 398.99 | Million Dollar Baby Classic Louis 4-in-1 Convertible Crib with Toddler Bed Conversion Kit |
| 429.99 | 279.99 | Graco Sense2Snooze Bassinet with Cry Detection Technology |
| 449.99 | 175.99 | Delta Children Westminster 6-in-1 Convertible Baby Crib |
| 519.99 | 287.99 | Davinci Charlie Homestead 6 Drawer Double Dresser |
| 279.99 | 173.99 | Davinci Autumn Bookcase/Hutch |
| 1299.99 | 1039.99 | North Shore Chest of Drawers |
| 1800 | 1002.99 | North Shore 9 Drawer Dresser |
| 369.99 | 162.99 | Delta Children Taylor 4-in-1 Convertible Baby Crib |
| 514.99 | 206.99 | Delta Children Parker Mini Convertible Baby Crib With Mattress And 2 Sheets |
| 579.99 | 322.99 | Delta Children Hendrix 3 Drawer Dresser |
| 329.99 | 145.99 | Delta Children Deluxe Moses Bassinet |
| 4299.99 | 2547.95 | Paradise Trail Outdoor Dining Table and 8 Chairs |
| 444.98 | 239.98 | Little Seeds Monarch Hill Haven 3 Drawer Changing Dresser |
| 2999.97 | 2019.97 | Grasson Lane Outdoor Sofa; Loveseat and Ottoman |
| 3199.97 | 2242.97 | Grasson Lane Outdoor Sofa and Loveseat with Coffee Table |
| 569.98 | 343.98 | Delta Children Cambridge Dresser & Changing Table Top |
| 489.98 | 298.98 | Delta Children 3 Drawer Dresser & Changing Table Top |
| 3599.99 | 2439.96 | Beachcroft Outdoor Dining Table and 6 Chairs |
| 3699.98 | 2293.96 | Beachcroft Outdoor Dining Table and 4 Chairs and Bench |
| 774.98 | 356.98 | Little Seeds Sierra Ridge Levi Twin Bed with Headboard and Storage |
| 409.98 | 237.98 | Little Seeds Monarch Hill Poppy 3-Drawer Changing Table |

Ex. B

32

| | | |
|---|---|---|
| 364.98 | 198.98 | Little Seeds 3 Drawer Changing Table |
| 744.98 | 356.98 | Delta Children 6 Drawer Dresser & Changing Table Top |
| 3129.99 | 2011.97 | Beachcroft Outdoor Dining Table and 4 Chairs |
| 3999.99 | 2707.96 | Beachcroft 5-Piece Outdoor Seating Set |
| 109.99 | 49.99 | My Baby Sam Boho Baby Crib Mobile |
| 499.98 | 270.98 | Little Seeds Rowan Valley Arden 6 Drawer Changing Dresser |
| 809.99 | 499.99 | Delta Children Sloane 4-in-1 Acrylic Convertible Crib - Includes Conversion Rails |
| 609.99 | 342.99 | Delta Children Sloane 4 Drawer Dresser With Changing Top |
| 649.99 | 279.99 | Delta Children Poppy 4-in-1 Convertible Crib |
| 459.99 | 231.99 | Delta Children Milo 3-in-1 Convertible Crib |
| 619.99 | 341.99 | North Shore Upholstered Bench |
| 899.99 | 490.99 | North Shore Nightstand |
| 7099.97 | 4933.96 | North Shore King Poster Bed with Canopy with Mirrored Dresser; Chest and Nightstand |
| 889.99 | 499.99 | Coralayne Vanity and Mirror |
| 699.99 | 383.99 | Coralayne Vanity |
| 469.99 | 281.99 | Coralayne Nightstand |
| 599.99 | 327.99 | Coralayne Full Upholstered Bed |
| 299.99 | 164.99 | Coralayne End Table |
| 799.99 | 499.99 | Coralayne Dining Server |
| 540 | 317.98 | Coralayne Dining Chair (Set of 2) |
| 499.99 | 309.99 | Coralayne Coffee Table |
| 1099.99 | 1007.99 | Coralayne Chest of Drawers |
| 1100 | 1017 | Coralayne 7 Drawer Dresser |
| 1399.99 | 1025.99 | Tyler Creek Counter Height Dining Table and 4 Barstools Set |
| 799.99 | 639.99 | Tyler Creek Counter Height Dining Table |
| 1779.97 | 1245.97 | Zardoni Sofa; Loveseat and Chair |
| 1465.97 | 1017.97 | Zardoni Sofa and Loveseat with Coffee Table and 2 End Tables |
| 649.99 | 449.99 | Zardoni Sofa |

Ex. B

33

| | | |
|---|---|---|
| 599.99 | 399.99 | Zardoni Right-Arm Facing Chaise Lounger |
| 629.99 | 395.99 | Zardoni Loveseat |
| 499.99 | 311.99 | Zardoni Accent Chair |
| 2279.99 | 1835.49 | Windville Dining Table and 8 Chairs Set |
| 1959.99 | 1595.49 | Windville Dining Table and 6 Chairs Set |
| 1859.99 | 1518.49 | Windville Dining Table and 4 Chairs and Bench Set |
| 1759.99 | 1355.49 | Windville Dining Table and 4 Chairs Set |
| 1099.99 | 1016.99 | Windville Dining Server |
| 320 | 240 | Windville Dining Chair (Set of 2) |
| 220 | 163 | Windville Dining Bench |
| 449.99 | 235.99 | Tyler Creek Sofa/Console Table |
| 349.99 | 181.99 | Tyler Creek End Table |
| 629.99 | 503.99 | Tyler Creek Display Cabinet |
| 699.99 | 429.99 | Tyler Creek Dining Table |
| 799.99 | 499.99 | Tyler Creek Dining Server |
| 280 | 179.98 | Tyler Creek Dining Chair (Set of 2) |
| 240 | 133.99 | Tyler Creek Dining Bench |
| 300 | 128 | Tyler Creek Counter Height Bar Stool (Set of 2) |
| 599.99 | 375.99 | Tyler Creek Coffee Table with Lift Top |
| 349.99 | 181.99 | Tyler Creek Chairside End Table with USB Ports & Outlets |
| 949.99 | 549.99 | Tyler Creek 74" TV Stand |
| 629.99 | 359.99 | Tyler Creek 74" Bookcase |
| 229.99 | 111.99 | Tyler Creek 29" Bookcase |
| 2229.99 | 1461.99 | Starmore King Panel Bed with Mirrored Dresser |
| 1859.96 | 1049.96 | Starmore Home Office Desk with Chair and Storage |
| 1309.97 | 1005.97 | Starmore Home Office Desk with Chair |
| 459.98 | 259.98 | Starmore Home Office Desk Chair (Set of 2) |
| 699.99 | 381.99 | Starmore 76" Bookcase |

| | | |
|---|---|---|
| 1027.99 | 1047.99 | Starmore 70" TV Stand with Electric Fireplace |
| 699.99 | 399.99 | Starmore 63" Home Office Desk |
| 529.99 | 309.99 | Starmore 60" Home Office Desk |
| 849.99 | 499.99 | Starmore 2-Piece L-Shaped Home Office Desk |
| 469.99 | 344.99 | Sommerford Nightstand |
| 899.99 | 549.99 | Sommerford Dining Table |
| 360 | 189.98 | Sommerford Dining Chair (Set of 2) |
| 300 | 161.99 | Sommerford Dining Bench |
| 1299.99 | 1104.99 | Sommerford Chest of Drawers |
| 1600 | 1150 | Sommerford 9 Drawer Dresser |
| 1077.99 | 1092.99 | Sommerford 62" TV Stand with Electric Fireplace |
| 1659.99 | 1001.95 | Sommerford 5-Piece Dining Set |
| 349.99 | 255.99 | Savesto Oversized Ottoman |
| 3399.97 | 2845.47 | Savesto 6-Piece Sectional with Ottoman |
| 2949.98 | 2483.98 | Savesto 5-Piece Sectional with Ottoman |
| 1899.97 | 1570.47 | Savesto 3-Piece Modular Sofa with Ottoman |
| 499.99 | 318.99 | Porter Sofa/Console Table |
| 499.99 | 399.99 | Porter Nightstand |
| 799.99 | 599.99 | Porter Media Chest |
| 320 | 280 | Porter Dining Chair (Set of 2) |
| 349.99 | 239.99 | Porter Coffee Table with Lift Top |
| 469.99 | 352.49 | Porter Coffee Table |
| 899.99 | 729.99 | Porter Chest of Drawers |
| 249.99 | 149.99 | Porter Chairside End Table |
| 1019.99 | 599.99 | Marsilona Kitchen Island |
| 2079.99 | 1395.99 | Marsilona Dining Table and 8 Chairs Set |
| 1759.99 | 1191.99 | Marsilona Dining Table and 6 Chairs Set |
| 1439.99 | 1019.99 | Marsilona Dining Table and 4 Chairs Set |

| | | |
|---|---|---|
| 799.99 | 499.99 | Marsilona Dining Table |
| 1049.99 | 436.99 | Marsilona Dining Server |
| 320 | 204 | Marsilona Dining Chair (Set of 2) |
| 649.99 | 552.49 | Marsilona Counter Height Extendable Dining Table |
| 240 | 197.98 | Marsilona Counter Height Bar Stool (Set of 2) |
| 1239.99 | 1032.97 | Marsilona 3-Piece Kitchen Island Set |
| 1899.99 | 1347.93 | Grindleburg Dining Table and 6 Chairs Set |
| 1019.99 | 849.99 | Grindleburg Dining Table |
| 1049.99 | 699.99 | Grindleburg Dining Server |
| 300 | 165.98 | Grindleburg Dining Chair (Set of 2) |
| 449.99 | 266.99 | Bolanburg Sofa/Console Table |
| 2139.97 | 1587.97 | Bolanburg Queen Bed with 2 Nightstands |
| 469.99 | 266.99 | Bolanburg Nightstand |
| 1159.98 | 1006.98 | Bolanburg Home Office Desk and Storage |
| 299.99 | 168.99 | Bolanburg End Table |
| 280 | 169.98 | Bolanburg Dining Chair (Set of 2) |
| 449.99 | 236.99 | Bolanburg Coffee Table with Lift Top |
| 349.99 | 208.99 | Bolanburg Chairside End Table with USB Ports & Outlets |
| 1200 | 1020 | Bolanburg 9 Drawer Dresser |
| 629.99 | 299.99 | Bolanburg 75" Bookcase |
| 949.99 | 509.99 | Bolanburg 74" TV Stand |
| 799.99 | 449.99 | Bolanburg 60" TV Stand |
| 529.99 | 299.99 | Bolanburg 60" Home Office Desk |
| 1259.99 | 1007.95 | Bolanburg 5-Piece Dining Room Set |
| 499.99 | 320.99 | Bardarson Ottoman |
| 4149.99 | 3527.49 | Bardarson 5-Piece Sectional with Chaise |
| 4199.97 | 3437.48 | Bardarson 4-Piece Sectional with Ottoman |
| 3649.99 | 3102.49 | Bardarson 4-Piece Sectional with Chaise |

| | | |
|---|---|---|
| 2599.99 | 2079.99 | Bardarson 3-Piece Sectional |
| 2349.98 | 1864.99 | Bardarson 2-Piece Sectional with Ottoman |
| 1800 | 1479.99 | Bardarson 2-Piece Sectional with Chaise |
| 1030 | 730 | Porter 7 Drawer Dresser |
| 700 | 396.99 | Paradise Trail Outdoor Bar Stool (2 Count) |
| 1899.99 | 1289.99 | Easy Isle Outdoor 2-Piece Sectional and Lounge Chair (3 Pieces) |
| 1300 | 1105 | Coralayne 7 Drawer Dresser and Mirror |
| 1299.99 | 1121.99 | Paradise Trail Outdoor Swivel Lounge Chair (2 Count) |
| 1800 | 1300 | Sommerford 9 Drawer Dresser and Mirror |
| 2200 | 1371.99 | North Shore 9 Drawer Dresser and Mirror |
| 454.99 | 228.99 | Carter's by Davinci Colby 4-in-1 Convertible Mini Crib With Trundle |
| 2999.94 | 1550.94 | Delta Children Saint Nursery Bundle |
| 1529.97 | 694.97 | Delta Children Poppy Bedroom Bundle |
| 1280 | 1088 | Starmore 8 Drawer Dresser and Mirror |
| 1999.98 | 1699.98 | Savesto 4-Piece Modular Sofa |
| 3599.99 | 2150.96 | Paradise Trail Outdoor Dining Table and 6 Chairs |
| 644.99 | 349.99 | Little Seeds Piper Upholstered Metal Crib |
| 514.99 | 280.99 | Little Seeds Monarch Hill Ivy Metal Crib |
| 154.99 | 102.99 | Delta Children Twinkle Stars Deluxe Crib And Toddler Mattress |