**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ABERL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin limited liability company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No.: '22CV505 JLS NLS<br><br>**DECLARATION IN SUPPORT OF JURISDICTION** |

I, Todd D. Carpenter, declare under penalty of perjury the following:

1. I am an attorney duly licensed to practice before all of the courts in the State of California. I am a partner and part-owner of Lynch Carpenter, LLP, and the counsel of record for Plaintiff in the above-entitled action.

2. Defendant Ashley Furniture Industries, LLC ("Ashley Furiture"), has done and is doing business in the County of San Diego. Such business includes the marketing, distributing, and sale of furniture, home goods and related accessories, and more at its e-commerce retail store online at Ashleyfurniture.com and its brick and mortar furniture stores throughout the county.

3. Plaintiff purchased her products from Ashley Furniture's website, Ashleyfurniture.com on her computer in Lake Elsinore, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of April, 2022 in San Diego, California.

*/s/ Todd D. Carpenter*
Todd D. Carpenter