1
2
3
4
5
6

**STEPTOE & JOHNSON LLP**
Stephanie A. Sheridan (#135910)
ssheridan@steptoe.com
Meegan B. Brooks (#298570)
mbrooks@steptoe.com
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:  (415) 365-6700

7
8
9
10
11

**WILLIAMS & CONNOLLY LLP**
Edward C. Barnidge (*pro hac vice forthcoming*)
ebarnidge@wc.com
Carol J. Pruski (#275953)
cpruski@wc.com
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:  (202) 434-5000

12

*Attorneys for Defendant*

13
14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

15
16
17
18
19
20
21
22

| | |
|---|---|
| STEPHANIE ABERL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC., a Wisconsin limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants. | Civil No. 3:22-cv-00505-JLS-NLS<br><br>**ASHLEY FURNITURE INDUSTRIES, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Honorable Janis L. Sammartino<br><br>Courtroom 4D<br><br>Action Filed: April 13, 2022 |

23
24
25
26
27
28

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 40.2 of the Local Civil Rules, Defendant Ashley Furniture Industries, LLC ("Ashley") submits the following statement of financial interest:

Ashley is a wholly owned subsidiary of Ashley Holdings, Inc.  No other publicly held company owns 10% or more of Ashley's stock.

Dated:    July 11, 2022

By: /s/ Carol J. Pruski
    CAROL J. PRUSKI

**WILLIAMS & CONNOLLY LLP**
Edward C. Barnidge (*pro hac vice forthcoming*)
ebarnidge@wc.com
Carol J. Pruski (#275953)
cpruski@wc.com
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone:  (202) 434-5000

**STEPTOE & JOHNSON LLP**
Stephanie A. Sheridan (#135910)
ssheridan@steptoe.com
Meegan B. Brooks (#298570)
mbrooks@steptoe.com
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone:  (415) 365-6700

*Attorneys for Defendant*

1