**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1910
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and*
*Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ABERL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin limited liability company, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00505-JLS-NLS<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date:        August 25, 2022<br>Time:        1:30 PM<br>Ctrm.:       4D<br>Judge:      Hon. Janis L. Sammartino<br><br>Action Filed:        April 13, 2022 |

Plaintiff Stephanie Aberl files this Statement of Non-Opposition in response to Defendant Ashley Furniture Industries, LLC's Motion to Compel Arbitration, filed on July 11, 2022.  ECF No. 10.  Plaintiff requests this action be stayed pending the outcome of arbitration pursuant to 9 U.S.C § 3.

Dated: August 11, 2022                     **LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
     Todd D. Carpenter (CA Bar No. 234464)
     todd@lcllp.com
     Scott G. Braden (CA Bar No. 305051)
     scott@lcllp.com
     1350 Columbia St., Ste. 603
     San Diego, California 92101
     Tel.:   (619) 762-1900
     Fax:   (619) 756-6991

*Attorneys for Plaintiff*
*and Proposed Class Counsel*