**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA Bar No. 234464)
todd@lcllp.com
Scott G. Braden (CA Bar No. 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:   (619) 762-1910
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and*
*Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ABERL, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>ASHLEY FURNITURE INDUSTRIES, LLC, a Wisconsin limited liability company, and DOES 1- 50, inclusive,<br><br>       Defendants. | Case No. 3:22-cv-00505-JLS-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

    **PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Stephanie Aberl pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 17, 2023        **LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
      Todd D. Carpenter (CA Bar No. 234464)
      todd@lcllp.com
      Scott G. Braden (CA Bar No. 305051)
      scott@lcllp.com
      1350 Columbia St., Ste. 603
      San Diego, California 92101
      Tel.:   (619) 762-1900
      Fax:   (619) 756-6991

      *Attorneys for Plaintiff*
      *and Proposed Class Counsel*